

SRD:USAO#2022R00480

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ADAM LANE CHAUDRY,**<br><br>**Defendant** | Criminal No. RDB 22cr341<br><br>(Fraud in connection with obtaining confidential phone records of a covered entity, 18 U.S.C. § 1039) |

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

### INTRODUCTION

1. Defendant **ADAM LANE CHAUDRY ("CHAUDRY")** was a resident of Baltimore, Maryland.

2. From in or about June 2009 to June 18, 2021, **CHAUDRY** worked as an Assistant State's Attorney ("ASA") in the Baltimore City State's Attorney's Office ("BSAO"). Beginning in or about September 2015, **CHAUDRY** worked in the BSAO's Homicide Division. When he began work as an ASA, **CHAUDRY** signed an oath stating as follows:

> I, *Adam Lane Chaudry*, DO SWEAR THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES, AND THAT I WILL BE FAITHFUL AND BEAR TRUE ALLEGIANCE TO THE STATE OF MARYLAND, AND SUPPORT THE CONSTITUTION AND LAWS THEREOF; AND THAT I WILL TO THE BEST OF MY SKILL AND JUDGMENT, DILIGENTLY AND FAITHFULLY, WITHOUT PARTIALITY OR PREJUDICE, EXECUTE THE OFFICE OF
> 
> **ASSISTANT STATE'S ATTORNEY**
> **FOR BALTIMORE CITY**
> 
> ACCORDING TO THE CONSTITUTION AND LAWS OF THIS STATE.

3. The BSAO maintains an office policy manual. The manual contains a section titled "Personal Conduct" that states, in relevant part, "When an employee's personal relationship(s) might give rise to an appearance of impropriety or conflict – of – interest, that employee must immediately contact the Chief of Administration and the appropriate Deputy State's Attorney." It further states, "No employee may engage in any activity, paid or unpaid, that conflicts with the employee's duties in the Office of the State's Attorney." Under a Section titled "Notification of Arrest," the manual states, "Whenever a family member or close personal friend of any employee of the Office is arrested and/or is being prosecuted in the State of Maryland, the employee must notify the respective Deputy State's Attorney and the Chief of Administration."

4. Criminal investigations conducted in the BSAO are given an individual case number. In the Homicide Division, cases are assigned a number either beginning with A for investigations of vehicular homicides, or H for all other investigations.

5. ASAs have the authority to request subpoenas, which are orders commanding a person to appear before a court or other tribunal, subject to a penalty for failing to comply. Subpoenas may also order the witness to produce specified documents or records.

6. ASAs issue grand jury subpoenas for cases under investigation. They contain the individual investigation number and state, in relevant part, "YOU ARE HEREBY COMMANDED to produce the following documents or objects. . .The information sought in the subpoena is relevant and material to a legitimate law enforcement inquiry." Grand jury subpoenas are signed by the ASA investigating the matter. The subpoenas are then brought to the empaneled grand jury, and the subpoena is signed by the Grand Jury Foreperson before it is sent out by the BSAO.

7. For cases that have been charged, ASAs issue trial subpoenas, which command appearance in Baltimore City Circuit Court. These subpoenas contain a space for the case number

and the caption of the filed case. Trial subpoenas contain a photocopied signature of the Clerk of Baltimore City Circuit Court. During the COVID-19 pandemic, ASAs regularly utilized these subpoenas in place of grand jury subpoenas.

8. **CHAUDRY** maintained a romantic relationship with Victim #1 beginning in or about May 2005 through in or about January 2018, when the relationship ended.

9. **CHAUDRY** maintained a romantic relationship with Victim #2 from in or about August 2017 through in or about September 2020, when the relationship ended.

10. Victim Numbers 3, 4, and 5 were long-time friends of Victim #1 who also performed volunteer work with Victim #1.

11. At no point in time were any of Victims 1, 2, 3, 4, or 5 a witness or target of any criminal investigation or prosecution by the BSAO.

12. Covered Entity #1 was a telecommunications carrier with a global legal demand center located in North Palm Beach, Florida.

13. Covered Entity #2 was a telecommunications carrier located in Bedminster, New Jersey.

14. On or about January 3, 2019, **CHAUDRY** caused to be issued a grand jury subpoena faxed from Maryland to Covered Entity #1 in Florida. The subpoena stated, "IN RE SPECIAL INVESTIGATION IN THE CIRCUIT COURT FOR BALTIMORE CITY," and contained no identifying case number. It stated, in relevant part, "YOU ARE HEREBY COMMANDED to produce the following documents or objects: **any and all subscriber information, billing information, and toll records (to include incoming and outgoing calls) from October 28, 2018 through January 1, 2019 for the following telephone number: XXX.XXX.XXXX**," which represented the telephone number of Victim #1. The subpoena further

stated, in relevant part, "The information sought in this subpoena is relevant and material to a legitimate law enforcement inquiry." It directed the records be produced "as soon as possible" directly to **CHAUDRY** at his BSAO address, and stated, "Any and all questions should be directed to him." The grand jury subpoena contained **CHAUDRY's** signature, the name of the Grand Jury Foreperson, and the signature of the Clerk of Baltimore City Circuit Court.

15. On or about January 23, 2019, Covered Entity #1 electronically produced records pursuant to the above-referenced subpoena, which **CHAUDRY** subsequently accessed via an internet portal using his personal cell phone.

16. On January 10, 2019, while **CHAUDRY** was living with Victim #2, **CHAUDRY** asked an investigator from the BSAO to run the name of a relative of Victim #2 who had served time in a detention center in another Maryland county in a case not involving the BSAO and titled the email "In Re GJ Investigation." The email states, "Sorry again. I have one more request. Can you also verify for me an individual's address via MVA for the following individual. If there is a contact number as well and if you can pull the same I would be most appreciative." The investigator at the BSAO responded with the information **CHAUDRY** requested.

17. On or about January 29, 2019, and February 22, 2019, **CHAUDRY** caused to be issued additional grand jury subpoenas faxed from Maryland to Covered Entity #1 in Florida seeking telephone records for Victim #1 for January 1, 2019 through January 29, 2019, and January 29, 2019 through February 22, 2019.

18. On or about February 5, 2019, and March 5, 2019, Covered Entity #1 electronically produced records pursuant to the above-referenced subpoenas, which **CHAUDRY** accessed via an internet portal using his personal cell phone.

4

19. On or about February 22, 2019, **CHAUDRY** caused to be issued a grand jury subpoena faxed from Maryland to Covered Entity #2 in New Jersey. The subpoena stated, "IN RE SPECIAL INVESTIGATION IN THE CIRCUIT COURT FOR BALTIMORE CITY," and contained no identifying case number. It stated, in relevant part, "YOU ARE HEREBY COMMANDED to produce the following documents or objects: **any and all subscriber information, billing information, and toll records (to include incoming and outgoing calls) from December 1, 2018 through February 22, 2019 for the following telephone number: XXX.XXX.XXXX**," which represented the telephone number of Victim #2. The subpoena further stated, in relevant part, "The information sought in this subpoena is relevant and material to a legitimate law enforcement inquiry." It directed the records be produced "as soon as possible" directly to **CHAUDRY** at his BSAO address, and stated, "Any and all questions should be directed to him." The grand jury subpoena contained **CHAUDRY's** signature, and the signature of the Grand Jury Foreperson.

20. On or about March 7, 2019, Covered Entity #2 electronically produced records pursuant to the above-referenced subpoena, which **CHAUDRY** subsequently accessed via an internet portal using his personal cell phone.

21. On or about March 5, 2019, and March 12, 2019, **CHAUDRY** caused to be issued additional grand jury subpoenas faxed from Maryland to Covered Entity #1 in Florida seeking telephone records for Victim #1 for February 1, 2019, through March 5, 2019, and March 5, 2019, through March 12, 2019.

22. On or about March 14, 2019 and March 25, 2019, Covered Entity #1 electronically produced records pursuant to the above-referenced subpoenas, which **CHAUDRY** subsequently accessed via an internet portal using his personal cell phone.

23.   On or about March 12, 2019, **CHAUDRY** caused to be issued a grand jury subpoena faxed from Maryland to Covered Entity #2 in New Jersey. The subpoena stated, "IN RE SPECIAL INVESTIGATION IN THE CIRCUIT COURT FOR BALTIMORE CITY, " and contained no identifying case number. It stated, in relevant part, "YOU ARE HEREBY COMMANDED to produce the following documents or objects: **any and all subscriber information, billing information, and toll records (to include incoming and outgoing calls) from November 1, 2018 through March 12, 2019 for the following telephone number: XXX.XXX.XXXX**," which represented the telephone number of Victim #3. The subpoena further stated, in relevant part, "The information sought in this subpoena is relevant and material to a legitimate law enforcement inquiry." It directed the records be produced "as soon as possible" directly to **CHAUDRY** at his BSAO address, and stated, "Any and all questions should be directed to him." The grand jury subpoena contained **CHAUDRY's** signature, the signature of the Grand Jury Foreperson, and the signature of the Clerk of Baltimore City Circuit Court.

24.   On or about March 25, 2019, Covered Entity #2 electronically produced records pursuant to the above-referenced subpoena, which **CHAUDRY** subsequently accessed via an internet portal using his personal cell phone.

25.   On or about March 20, 2019, **CHAUDRY** caused to be issued an additional grand jury subpoena faxed from Maryland to Covered Entity #2 in New Jersey seeking telephone records for Victim #3 for February 19, 2019, through March 20, 2019.

26.   On or about March 29, 2019, Covered Entity #2 electronically produced records pursuant to the above-referenced subpoena, which **CHAUDRY** subsequently accessed via an internet portal using his personal cell phone.

27.     On or about March 22, 2019, **CHAUDRY** caused to be issued a grand jury subpoena faxed from Maryland to Covered Entity #2 in New Jersey. The subpoena stated, "IN RE SPECIAL INVESTIGATION IN THE CIRCUIT COURT FOR BALTIMORE CITY," and contained no identifying case number. It stated, in relevant part, "YOU ARE HEREBY COMMANDED to produce the following documents or objects: **any and all subscriber information, billing information, and toll records (to include incoming and outgoing calls) from October 1, 2018 through March 20, 2019 for the following telephone number: XXX.XXX.XXXX**," which represented the telephone number of Victim #4. The subpoena further stated, in relevant part, "The information sought in this subpoena is relevant and material to a legitimate law enforcement inquiry." It directed the records be produced "as soon as possible" directly to **CHAUDRY** at his BSAO address, and stated, "Any and all questions should be directed to him." The grand jury subpoena contained **CHAUDRY's** signature, the signature of the Grand Jury Foreperson, and the signature of the Clerk of Baltimore City Circuit Court.

28.     On or about April 3, 2019, Covered Entity #2 electronically produced records pursuant to the above-referenced subpoena. On or about April 3, 2019, **CHAUDRY** accessed those records via an internet portal and replied to the message with the following, via electronic mail, "Ms. XXXXXXX, Good afternoon.  I am in possession of the Verizon records, but I do not see the records reflecting all incoming & outgoing calls in the attachments located in the zip file as requested in the In Re GJ subpoena. If you advise as to if the same were sent, I would be most appreciative. Feel free to contact me via e-mail: xxxxxxxx@xxxxxxxxxx.org / work: xxx.xxx.xxxx / or cell # xxx.xxx.xxxx. Thank you again for your assistance. – ASA Adam Lane Chaudry."

29. On or about March 25, 2019, **CHAUDRY** caused to be issued a grand jury subpoena faxed from Maryland to Covered Entity #1 in Florida. The subpoena stated, "IN RE SPECIAL INVESTIGATION IN THE CIRCUIT COURT FOR BALTIMORE CITY," and contained no identifying case number. It stated, in relevant part, "YOU ARE HEREBY COMMANDED to produce the following documents or objects: **any and all subscriber information, billing information, and toll records (to include incoming and outgoing calls) from March 20, 2019 through March 25, 2019 for the following telephone number: XXX.XXX.XXXX**," which represented the telephone number of Victim #1. The subpoena further stated, in relevant part, "The information sought in this subpoena is relevant and material to a legitimate law enforcement inquiry." It directed the records be produced "as soon as possible" directly to **CHAUDRY** at his BSAO address, and stated, "Any and all questions should be directed to him." The grand jury subpoena contained **CHAUDRY's** signature, the name of the Grand Jury Foreperson, and the signature of the Clerk of Baltimore City Circuit Court.

30. On or about April 2, 2019, Covered Entity #2 electronically produced records pursuant to the above-referenced subpoena, which **CHAUDRY** subsequently accessed via an internet portal using his personal cell phone.

31. On or about March 26, 2019, an investigator at the BSAO provided **CHAUDRY** information **CHAUDRY** had previously requested including Victim #1's home address, Motor Vehicle Administration ("MVA") information, and Victim #1's driver's license photograph.

32. On or about March 26, 2019, **CHAUDRY** contacted a hotel about Victims #1 and #3 using his BSAO email address. The hotel appeared in Victim #1's phone records. The email requested: "Per our conversation, I have taken the liberty of scanning & attaching with this correspondence the MVA digital image(s)." **CHAUDRY** received a response from the hotel's

General Manager stating "Hello Mr. Achaudry [sic], Upon review of the three names supplied, I was only able to find stays for [Victim #1] from October 1, 2018 through March 22, 2019. Those dates are as follows. Check-In: 12/29/18 Checkout: 12/30/18 Check-In: 01/19/19 Checkout: 01/20/19 Check-In: 02/09/19 Checkout: 02/10/19 Check-In: 03/02/19 Checkout: 03/03/19 Please let me know if you need any additional information."

33. On or about December 23, 2019, **CHAUDRY** caused to be issued a grand jury subpoena faxed from Maryland to Covered Entity #2 in New Jersey. The subpoena stated, "IN RE SPECIAL INVESTIGATION IN THE CIRCUIT COURT FOR BALTIMORE CITY," and contained no identifying case number. It stated, in relevant part, "YOU ARE HEREBY COMMANDED to produce the following documents or objects: **Any and All subscriber information, billing information, and toll records (to include incoming and outgoing calls) * pertaining to incoming and outgoing numbers *via* text messages received and sent [Historical MMS) from November 15, 2019 thru December 23, 2019 for the following telephone number: XXX.XXX.XXXX**," which represented the telephone number of Victim #4. The subpoena further stated, in relevant part, "The information sought in this subpoena is relevant and material to a legitimate law enforcement inquiry." It directed the records be produced "as soon as possible" directly to **CHAUDRY** at his BSAO address, and stated, "Any and all questions should be directed to him." The grand jury subpoena contained **CHAUDRY's** signature, the signature of the Grand Jury Foreperson, and the signature of the Clerk of Baltimore City Circuit Court.

34. On or about February 11, 2020, Covered Entity #2 electronically produced records pursuant to the above-referenced subpoena, which **CHAUDRY** subsequently accessed via an internet portal using his personal cell phone.

9

35. On or about January 21, 2020, **CHAUDRY** caused to be issued a grand jury subpoena faxed from Maryland to Covered Entity #2 in New Jersey. The subpoena stated, "IN RE SPECIAL INVESTIGATION IN THE CIRCUIT COURT FOR BALTIMORE CITY," and contained no identifying case number. It stated, in relevant part, "YOU ARE HEREBY COMMANDED to produce the following documents or objects: **any and All subscriber information, billing information, and toll records (to include incoming and outgoing calls and text messages * pertaining to income and outgoing numbers *via* text messages received and sent [Historical MMS] from December 27, 2019 thru January 21, 2020 for the following telephone number: XXX.XXX.XXXX**," which represented the telephone number of Victim #5. The subpoena further stated, in relevant part, "The information sought in this subpoena is relevant and material to a legitimate law enforcement inquiry." It directed the records be produced "as soon as possible" directly to **CHAUDRY** at his BSAO address, and stated, "Any and all questions should be directed to him." The grand jury subpoena contained **CHAUDRY's** signature, the signature of the Grand Jury Foreperson, and the signature of the Clerk of Baltimore City Circuit Court.

36. On or about January 30, 2020, Covered Entity #2 electronically produced records pursuant to the above-referenced subpoena, which **CHAUDRY** subsequently accessed via an internet portal using his personal cell phone.

37. Beginning in or about April 2020, **CHAUDRY** began issuing trial subpoenas for the telephone records of Victims 1, 2, 3, and 4. On these subpoenas, in the blank for "Case No.," **CHAUDRY** inserted "IN RE SPECIAL INVESTIGATION." In the case caption, **CHAUDRY** inserted "IN RE SPECIAL INVESTIGATION" in the place for the Defendant. **CHAUDRY** checked the box marked "court proceeding" for where the subpoena recipient was required to

appear, and "Grand Jury Room * Room 207 – 100 N. Calvert Street" as the location. **CHAUDRY** included the following text in the section for "Special Message:" "***Due to the COVID-19 crisis & in lieu of appearing before the Grand Jury for Baltimore City, the requested information may be sent via electronic mail to the attention of ASA Adam Lane Chaudry . . . ." The subpoenas further stated "**NOTICE:** 1. YOU ARE LIABLE FOR BODY ATTACHMENT AND/OR FINE FOR FAILURE TO OBEY THIS SUBPOENA." The trial subpoenas each contained a facsimile of the signature of the Clerk of Baltimore City Circuit Court.

38. Between on or about January 3, 2019, and April 12, 2021, **CHAUDRY** caused to be issued a total of 33 grand jury and trial subpoenas for the telephone records of Victim #1.

39. Between on or about February 22, 2019, and April 12, 2021, **CHAUDRY** caused to be issued a total of 6 grand jury and trial subpoenas for the telephone records of Victim #2.

40. Between on or about March 12, 2019, and April, 21, 2020, **CHAUDRY** caused to be issued a total of 4 grand jury and trial subpoenas for the telephone records of Victim #3.

41. Between on or about March 22, 2019, and February 8, 2021, **CHAUDRY** caused to be issued a total of 20 grand jury and trial subpoenas for the telephone records of Victim #4.

42. Between on or about January 21, 2020 and February 18, 2020, **CHAUDRY** caused to be issued a total of 2 grand jury subpoenas for the telephone records of Victim #5.

43. After Victim #2 and **CHAUDRY** ended their relationship, and between on or about December 8, 2020 and December 21, 2020, **CHAUDRY** caused to be issued subpoenas for jail calls between Victim #2 and a relative of Victim #2, who was incarcerated in another Maryland county in a case not involving BSAO. **CHAUDRY** also caused to be issued a subpoena for Victim #2's relative's visitor logs.

11

44. On or about February 24, 2021, **CHAUDRY** sent a letter on BSAO letterhead for 911 calls made by Victim #2 that appeared in phone record logs he had obtained. He represented that the records were "pertinent to a legitimate law enforcement inquiry."

45. On or about December 13, 2020, a second phone belonging to **CHAUDRY** captured 95 images of Victim #2's Instagram including lists of her contacts and photographs of Victim #2 and her friends and family.

## The Charges

46. On or about the dates listed below, in the District of Maryland and elsewhere, the defendant,

### ADAM LANE CHAUDRY

did knowingly and intentionally obtain and attempt to obtain confidential phone records information of a covered entity by making false and fraudulent statements and representations to an employee of the covered entity in interstate commerce, to wit, **CHAUDRY** sent via facsimile grand jury and trial subpoenas to Covered Entities for the telephone records of Victims 1, 2, 3, 4, and 5 that stated, among other things, "the information sought in the subpoena is relevant and material to a legitimate law enforcement inquiry," and/or that the subpoenas were for a "special investigation in the Circuit Court for Baltimore City," as identified below:

| COUNT | VICTIM | COVERED ENTITY | APPROXIMATE DATE OF SUBPOENA | APPROXIMATE DATE PROVIDED |
|---|---|---|---|---|
| 1 | Victim #1 | Covered Entity #1 | 1/3/2019 | 1/23/2019 |
| 2 | Victim #2 | Covered Entity #2 | 2/22/2019 | 3/7/2019 |
| 3 | Victim #3 | Covered Entity #2 | 3/12/2019 | 3/25/2019 |
| 4 | Victim #4 | Covered Entity #2 | 3/22/2019 | 4/3/2019 |
| 5 | Victim #1 | Covered Entity #1 | 3/25/2019 | 4/2/2019 |

| 6 | Victim #4 | Covered Entity #2 | 12/23/2019 | 2/11/2020 |
| 7 | Victim #5 | Covered Entity #2 | 1/21/2020 | 1/30/2020 |
| 8 | Victim #1 | Covered Entity #1 | 5/29/2020 | 6/2/2020 |
| 9 | Victim #2 | Covered Entity #2 | 1/20/2021 | 1/21/2021 |
| 10 | Victim #2 | Covered Entity #2 | 2/22/2021 | 2/24/2021 |

47. **CHAUDRY** violated and attempted to violate 18 U.S.C. § 1039(a)(1) knowing that such information may be used in furtherance of and with the intent to commit Stalking, in violation of 18 U.S.C. § 2261A.

18 U.S.C. § 1039(a)(1) and 18 U.S.C. § 2261A.

Erek L. Barron
United States Attorney

A TRUE BILL:

9/29/2022
Date

**SIGNATURE REDACTED**

Foreperson