# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

February 22, 2023

TO COUNSEL OF RECORD

    RE:   *USA v. Adam Lane Chaudry*  
            Criminal No. RDB-22-0341

Dear Counsel:

    This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**        April 18, 2023  at 2:30 p.m.

    Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                             Sincerely,

                              /s/

                             Richard D. Bennett  
                             United States District Judge

RDB/klf#