# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

United States of America

vs.

ADAM LANE CHAUDRY

Defendant

No. 22cr-00341-RDB-1

_____

## MOTION TO ALLOW DEFENDANT TO TRAVEL

COMES NOW the Defendant, Adam Lane Chaudry, by and through counsel, Patrick R. Seidel, and hereby submits this Motion to Allow Defendant to Travel, and in support states as follows:

The Defendant pleaded guilty to two counts of 18 U.S.C. § 1039(a)(1), Fraud and related activity in connection with obtaining confidential phone records information of a covered entity, on December 9, 2022, and sentencing is currently scheduled for April 18, 2023.  On October 14, 2022, the Defendant was granted pretrial release from custody by the Honorable Judge Matthew J. Maddox.  Among the conditions of release pertinent to this Motion, the Defendant was required to surrender his passport and/or any travel documents and is restricted in his travel to the State of Maryland and the District of Columbia.  The Defendant has been fully compliant with the conditions of his pretrial release.

The Defendant respectfully requests permission to travel to the State of Pennsylvania  on two occasions. The first trip is for the purpose of joining his family to see his niece in a school

theatrical performance of "Charlotte's Web" at Episcopal Academy. The Defendant will spend the night of March 18 at the residence of his sister and her family. Additional details of the trip are as follows:

| | |
|---|---|
| **Date(s):** | Mr. Chaudry will travel on March 18, 2023, at 12:00 p.m. and depart Pennsylvania at 11:00 p.m on March 19, 2023. |
| **Destination:** | Episcopal Academy—Carrafiell Theater located at 1785 Bishop White Drive, Newtown Square, Pennsylvania 19073 and 14 Scarlet Oak Drive, Haverford, Pennsylvania 19041. |
| **Method:** | Defendant will be travelling by automobile with Ms. Katherine Getty. |

The second trip is for the purpose of joining his family in celebration of the Easter holiday and caring for his niece and nephew on April 8, 2023, while their parents are out of town. The Defendant will spend the night of April 8 at the residence of his sister and her family. Additional details of the trip are as follows:

| | |
|---|---|
| **Date(s):** | Mr. Chaudry will travel on April 8, 2023, at 6:00 a.m. and depart Pennsylvania at 7:00 p.m. on April 9, 2023. |
| **Destination:** | Philadelphia Metro Area: including Philadelphia, Pennsylvania and Haverford, Pennsylvania |
| **Method:** | Defendant will be travelling by automobile with Ms. Katherine Getty. |

Counsel has discussed this request with Assistant United States Attorney Sean R. Delaney and is authorized to represent to the Court that the Government **does not object to the request.** Further the Defendant has provided this information to Pretrial Services and the Defendant's Supervising Agent, Scott Holtzer, **does not object to the Defendant's request**.

Respectfully submitted,

_____/s/_____
Patrick R. Seidel (Federal Bar No. 21801)
Silverman, Thompson, Slutkin & White, LLC
400 E. Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 385-2225
pseidel@silvermanthompson.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY, that on March 13, 2023, a copy of the foregoing motion was filed via CMECF and copies sent to all parties.

_____/s/_____
Patrick R. Seidel
